IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| COALITION OF VETERANS ADVOCATES ) | Civil Action No. 05 - 961 |
| ) | |
| Plaintiff, ) | Judge William L. Standish |
| ) | Magistrate Judge Lisa Pupo Lenihan |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA DEPT. OF VETERANS AFFAIRS ) ) | |
| ) | |
| Defendant. ) | |

**ORDER**

Counsel in the above captioned case met before this Court on November 30, 2005 to identify what information Plaintiff was seeking pursuant to its FOIA request. Counsel then embarked on an extensive document exchange and review that should be nearing completion. Therefore,

**IT IS ORDERED** this 30th day of March, 2006, that counsel shall file a status report with the Court on the progress of the document exchange and review as well as a Rule 26(f) report no later than **April 19, 2006.**

**IT IS FURTHER ORDERED** that a Status Conference is scheduled for **April 26, 2006 at 3:00 PM.** The parties should be prepared discuss settlement.

Dated: March 30, 3006

s/Lisa Pupo Lenihan
Lisa Pupo Lenihan
United States Magistrate Judge

cc:    Counsel of Record